**Kelvin SETTLE, Plaintiff–Appellant**

v.

**UNITED STATES of America, Defendant–Appellee.**

**No. 13–1676.**

United States Court of Appeals, Eighth Circuit.

Submitted: July 02, 2013.

Filed: July 08, 2013.

Kelvin Settle, Terre Haute, IN, pro se.

---

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

Jennifer Winfield, Special Assistant U.S. Attorney, U.S. Attorney's Office, Saint Louis, MO, for Defendant–Appellee.

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

## PER CURIAM.

Kelvin Settle appeals the district court's [1] denial of his Federal Rule of Civil Procedure 60(d) motion to set aside judgment for fraud on the court, following the denial of his motion to return property. We conclude that the court did not abuse its discretion in denying the Rule 60(d) motion. *See Superior Seafoods, Inc. v. Tyson Foods, Inc.*, 620 F.3d 873, 878 (8th Cir.2010) (standard of review). Contrary to Settle's assertion, the district court's denial of his motion to return property—which this court affirmed in an earlier appeal—was not based solely on a disclaimer that was purportedly signed by him, but which he alleged was fraudulent; thus, his Rule 60(d) motion did not provide a basis for relief. *See id.* (relief under Rule 60(d) is only available where it would be manifestly unconscionable to allow judgment to stand). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

**1.** The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.